BARHAM, J., concurs. Ony a suspensive appeal is sought, they are discretionary when warranted, but in this instance there is nothing to suspend or to suspensively appeal from. We can not reach the merits.

232 So.2d 73

### STATE of Louisiana ex rel. Louis O. KIMBALL et al.

v.

### Dr. Thomas S. LEARY et al. and Honorable Clement M. Moss, Judge, Fourteenth

#### Judicial District.

#### No. 50418.

March 2, 1970.

In re: Louis O. Kimball, Ricky P. Hamberlin and Sidney B. Richard apply-

232 So.2d 73

### STATE of Louisiana ex rel. Phillip O. HUDGINS

v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

#### No. 50395.

March 4, 1970.

In re: Phillip O. Hudgins applying for writs of certiorari and habeas corpus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.